# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

D-1 JERMAINE MATTHEWS,
D-2 DONZELL COATS
D-3 TAMARA ROSE
D-4 MARIAN MEADE
    Defendants.

Case: 2:19-cr-20100
Judge: Edmunds, Nancy G.
MJ: Grand, David R.
Filed: 02-26-2019 At 03:00 PM
SEALED MATTER (dat)

**VIOLATIONS:**
21 U.S.C. § 841(a)(1)
21 U.S.C. § 846
21 U.S.C. § 843(b)
18 U.S.C. § 2

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
(21 U.S.C. § 846 – *Conspiracy to Distribute a Controlled Substance*)

D-1 JERMAINE MATTHEWS
D-2 DONZELL COATS
D-3 TAMARA ROSE
D-4 MARIAN MEADE

On or about August 13, 2018 through January 9, 2019, in the Eastern District of Michigan and elsewhere, the defendants, JERMAINE MATTHEWS, DONZELL COATS, TAMARA ROSE, MARIAN MEADE did conspire and agree with each other, and with other persons known

and unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly possess with intent to distribute and to distribute over 40 grams of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, which is more commonly known as fentanyl, a Schedule II controlled substance, all in violation of Title 21, United States Code §§ 846, 841(a)(1),(b)(1)(B)(ii).

## COUNT TWO
(21 U.S.C. § 841 – *Distribution of a Controlled Substance*)

### D-1 JERMAINE MATTHEWS

On or about August 17, 2018, in the Eastern District of Michigan, the defendants, JERMAINE MATTHEWS, did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the controlled substance involved was a mixture containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, which is more commonly

known as fentanyl, a Schedule II controlled substance, all in violation of Title 21, United States Code, § 841(b)(1)(C) and 18 U.S.C. § 2.

## COUNT THREE
(21 U.S.C. § 841 – *Distribution of a Controlled Substance*)

D-1 JERMAINE MATTHEWS
D-2 DONZELL COATS

On or about August 22, 2018, in the Eastern District of Michigan, the defendants, JERMAINE MATTHEWS and DONZELL COATS, individually and while aiding and abetting each other, did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the controlled substance involved was a mixture containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, which is more commonly known as fentanyl, a Schedule II controlled substance, all in violation of Title 21, United States Code, §841(b)(1)(C) and 18 U.S.C. § 2.

## COUNT FOUR
(21 U.S.C. § 841 – *Distribution of a Controlled Substance*)

D-1 JERMAINE MATTHEWS
D-4 MARIAN MEADE

On or about September 29, 2018, in the Eastern District of Michigan, the defendants, JERMAINE MATTHEWS and MARIAN MEADE, individually and while aiding and abetting each other, did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the controlled substance involved was a mixture containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, which is more commonly known as fentanyl, a Schedule II controlled substance, all in violation of Title 21, United States Code, §841(b)(1)(C) and 18 U.S.C. § 2.

## COUNT FIVE
(21 U.S.C. §843(b) – *Using a Communication Facility in the Commission of a Controlled Substance Offense*)

D-1 JERMAINE MATTHEWS
D-2 DONZELL COATS
D-3 TAMRA ROSE

From on or about August 13, 2018 through February 12, 2019, in the Eastern District of Michigan, the defendants, JERMAINE

MATTHEWS, DONZELL COATS, and TAMARA ROSE did knowingly and intentionally use a communication facility, to wit: a cellular telephone, in committing, causing or facilitating the commission of the offense of distribution of a controlled substance, as charged in this indictment; all in violation of Title 21, United States Code, §843(b).

## FORFEITURE ALLEGATIONS

The allegations of Counts One though Four of this Indictment are re-alleged and by this reference are fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the Defendant has an interest, pursuant to the provisions of Title 21 United States Code §853.

Upon conviction of an offense alleged in Counts One through Four, the Defendant so convicted shall forfeit to the United States any property constituting or derived from any proceeds which the Defendant obtained, directly or indirectly, or any property traceable thereto, as the result of such violation, any property which the Defendant used or intended to be used in any manner or part to commit or to facilitate the commission of such violation, and/or any property involved in such violation, or any property traceable thereto.

If the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the Defendant up to the value of the above forfeitable property and, in addition, to require the Defendant to return any such property to the jurisdiction of the Court for seizure and forfeiture.

**THIS IS A TRUE BILL.**

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

*s/Julie A. Beck*
JULIE A. BECK
Chief, Drug Task Force Unit

*s/John N. O'Brien, II*
JOHN N. O'BRIEN II
Assistant United States Attorney

Dated: February 26, 2019

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov... | Case: 2:19-cr-20100<br>Judge: Edmunds, Nancy G.<br>MJ: Grand, David R.<br>Filed: 02-26-2019 At 03:00 PM<br>SEALED MATTER (dat) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: |

**Case Title:** USA v. Jermaine Matthews, et al

**County where offense occurred:** Wayne

**Check One:** ☒ Felony    ☐ Misdemeanor    ☐ Petty

✓ Indictment/____Information --- **no prior complaint.**
____Indictment/____Information --- based upon prior complaint [Case number:           ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

✓  February 26, 2019
      Date

John N. O'Brien, II
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9715
Fax:    313-226-5464
E-Mail address: John.OBrien@usdoj.gov
Attorney Bar #: P39912

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.