UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-3 Tamara Rose,

    Defendant.

Criminal No. 19-cr-20100

Honorable Nancy G. Edmunds

---

### DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, Tamara Rose, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**COUNT 1**: A minimum of 5 years and a maximum of 40 years imprisonment, a $5 million fine, or both.
**COUNT 5**: A maximum of 4 years, a $250,000 fine, or both.

_____
Tamara Rose
Defendant

### ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection, which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Counsel for Defendant

Dated: 3/27/19