UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 19-20100
HONORABLE NANCY G. EDMUNDS

vs

D-3 TAMARA ROSE,

    Defendant.
_____/

PAMELLA R. SZYDLAK (P 49783)
Attorney for Defendant
615 Griswold
1620 Ford Building
Detroit, Michigan 48226
(313) 963-6660

JOHN N. O'BRIEN II
Assistant U.S. Attorney
211 W. Lafayette, Suite 2001
Detroit, Michigan 48226
(313) 226-9100
_____/

**MOTION FOR A DOWNWARD DEPARTURE
AND/OR VARIANCE FROM THE SENTENCING GUIDELINE RANGE**

    **NOW COMES**, TAMARA ROSE, Defendant herein, by and through her

attorney, Pamella Szydlak, and pursuant to 18 U.S.C. Section 3553 and for the

reasons stated in the attached brief, moves this Honorable Court for a variance from the sentencing guideline range.

                                        Respectfully Submitted,

                                        *S/Pamella R. Szydlak*
                                        PAMELLA R. SZYDLAK (P 49783)
                                        Attorney for Defendant
                                        615 Griswold, 1620 Ford Building
                                        Detroit, Michigan 48226
                                        (313) 963-6660

DATED: February 14, 2020

I hereby certify that on February 14, 2020, I electronically filed the foregoing Motion with the clerk of the court using the ECF system which will send notification of such filing to the following: john.obrien@usdoj.gov and all other attorneys of record.

                                        *S/Pamella R. Szydlak*
                                        PAMELLA R. SZYDLAK (P 49783)
                                        Attorney for Defendant

3